IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

———————

EVER SAMUEL MONTENEGRO OLIVAS,

    Petitioner,

v.   No. 2:25-cv-01197-MLG-GJF

TODD LYONS, Acting Director of U.S.
Immigration and Customs Enforcement, et al.,

    Respondents.

## ORDER REQUESTING CORRECT AUDIO RECORDING

On February 27, 2026, the Court ordered Respondents to provide a properly formatted audio recording of Petitioner Ever Samuel Montenegro Olivas's January 14, 2026, individualized bond hearing. Doc. 28. On March 4, 2026, Respondents lodged a USB flash drive containing four audio files with the Court. *See* Doc. 29. Two of these audio files do not have any sound. The third is a recording that only contains audio from Immigration Judge ("IJ") Hugo Martinez. The fourth is a recording that only contains audio from the Parties. All four of these recordings do not comply with the Court's order for a copy of Montenegro Olivas's January 14, 2026, individualized bond hearing. The only two audio files that have any sound are from Montenegro Olivas's January 20, 2026, final removal hearing before IJ Martinez, not his January 14, 2026, individualized bond hearing before IJ Jacinto Palomino.

The Court hereby orders Respondents to either (1) provide a copy of a properly formatted audio recording of the January 14, 2026, bond hearing;[1] (2) furnish an authenticated transcription

---

[1] The Court first ordered Respondents to provide a copy of the audio recording of Montenegro Olivas's individualized bond hearing on January 16, 2026. *See* Doc. 21. Respondents submitted a USB flash drive on January 23, 2026, that was improperly formatted and could not be accepted by the Court. *See* Docs. 24, 28. On January 30, 2026, Respondent's counsel was asked to resubmit

of the hearing if audio formatting is impracticable; or (3) file a declaration that explains why the Court's request has not been met, outlines the steps taken to produce the recording/transcription since the Court's January 16, 2026, Order, Doc. 21, and sets a firm date by which the requested recording/transcription will be lodged with the Court. Respondents must comply with this Order no later than 5 p.m. Tuesday, March 10, 2026.

  It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

the USB flash drive in a Court-accepted format. *See id.* Now that Respondents are familiar with the USB flash drive format that the Court requires, the Court orders that the audio recording of Montenegro Olivas's January 14, 2026, individualized bond hearing comply with the Court's filing requirements for audio exhibits.